**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,　　　　　:

　　　　　　　　　　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　　　:　　　CASE NO.: 7:24-CR-00038 (WLS)

　　　　　　　　　　　　　　　　　　　:

JELAN HAYES　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

　　　Defendants.　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　:

## ORDER

The Court intends to notice this case for the August 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

　　　**SO ORDERED**, this 15th day of May 2026.

　　　　　　　　　　　　　　　　**/s/ W. Louis Sands**
　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1